UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Candice Howe,

    Plaintiff,

v.

Barr Engineering Co.; Barr Engineering
Company General Welfare Wrap Plan;
PayFlex System USA, Inc.; and Unum Life
Insurance Company of America,

    Defendants.

Case No. 17-cv-3019 (JNE/LIB)
ORDER

In a Report and Recommendation dated December 6, 2017, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that motions to dismiss of Barr Engineering Co., Barr Engineering Company General Welfare Wrap Plan, and PayFlex System USA, Inc., be granted. Candice Howe objected, and the moving defendants responded. The Court has conducted a de novo review of the record. *See* 28 U.S.C. § 636(b)(1) (2012). Based on that review, the Court overrules Howe's objection and accepts the recommended disposition [Docket No. 49]. Therefore, IT IS ORDERED THAT:

1. Barr Engineering Co. and Barr Engineering Company General Welfare Wrap Plan's motion to dismiss [Docket No. 29] is GRANTED.

2. PayFlex System USA, Inc.'s motion to dismiss [Docket No. 35] is GRANTED.

3. As to Barr Engineering Co., Barr Engineering Company General Welfare Wrap Plan, and PayFlex System USA, Inc., the action is DISMISSED WITH PREJUDICE.

Dated: January 31, 2018

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge